E. M. DAIL v. LEE J. TAYLOR.

(Filed 27 September, 1911.)

**Appeal and Error—Former Appeal.**

This case was tried substantially in accordance with the decision of the Supreme Court previously rendered, and no error is found.

APPEAL by defendant from *Ferguson, J.,* at Spring Term, 1911, of PAMLICO.

There was verdict for the plaintiff. Judgment thereon, and defendant excepted and appealed.

*D. L. Ward, T. W. Davis, H. L. Gibbs, and Z. V. Rawls for plaintiff.*

*M. H. Allen and Simmons & Ward for defendant.*

PER CURIAM. The principles applicable to this case were fully considered and stated on a former appeal, as reported in 151 N. C., 284. There is no substantial difference in the facts as they now appear, except that the testimony tending to show negligence on the part of the defendant has been greatly strengthened. The Court has carefully examined the record, and is of opinion that the cause has been tried in accordance with the former decision referred to, and that no reversible error appears. The judgment is therefore affirmed.

No error.